```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 02944
     GARY W SORENSON
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

          Debtor
     SSN XXX-XX-6335


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/31/05 and confirmed on 03/18/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 115286.54 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG     52931.28           .00       52931.28
WASHINGTON MUTUAL BANK     MORTGAGE ARRE      9552.46           .00        9552.46
NATIONWIDE ASSETS LLC      SECURED           18537.30           .00       18537.30
NATIONWIDE ASSETS LLC      MORTGAGE ARRE      7825.05           .00        7825.05
US BANK                    SECURED                .00           .00            .00
GMAC PAYMENT CENTER        SECURED           11956.87       3205.58       11956.87
BECKET & LEE LLP           UNSECURED        NOT FILED           .00            .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED           .00            .00
CALVARY INVESTMENTS LLC    UNSECURED        NOT FILED           .00            .00
COMED                      UNSECURED        NOT FILED           .00            .00
DB HESS                    UNSECURED           2018.54          .00        2018.54
HSBC                       UNSECURED        NOT FILED           .00            .00
NICOR GAS                  UNSECURED        NOT FILED           .00            .00
SBC AMERITECH              UNSECURED        NOT FILED           .00            .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  100802.96         .00      2018.54         .00      102821.50
PRINCIPAL PAID      100802.96         .00      2018.54         .00      102821.50
INTEREST PAID         3205.58         .00          .00         .00        3205.58
TOTAL PAID          104008.54         .00      2018.54         .00      106027.08
The Debtor's attorney, ROBERT V SCHALLER           , was allowed $   2600.00
and was paid $    500.00   direct and $   2100.00  through the plan.

The Trustee received $   4838.27 .

Refunds to the Debtor totaled $   2321.19 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 11/12/08                              /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE









                              PAGE   2
        CASE NO. 05 B 02944 GARY W SORENSON